Certificate Number: 16339-PAM-DE-035340285

Bankruptcy Case Number: 20-03426



16339-PAM-DE-035340285

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 5, 2021, at 10:11 o'clock PM EST, Corey Farris completed a course on personal financial management given by internet by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

| | |
|---|---|
| Date: February 5, 2021 | By: /s/Kelley Tipton |
| | Name: Kelley Tipton |
| | Title: Certified Financial Counselor |